FILE COPY

No. 07-13-00337-CR

| | | |
|---|---|---|
| Patrick Lee Lemon<br>  Appellant | § | From the 108th District Court<br>  of Potter County |
| | § | |
| v. | | March 12, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated March 12, 2015, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o